**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20593(ASD) |
| **MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC** | ) | CHAPTER 7 |
| -------------------------------- | ) | ADV. PRO. NO. 10-02021 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | November 4, 2010 |
| **ALL AMERICAN WASTE, LLC** | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S LIST OF EXHIBITS**

The Plaintiff Trustee hereby respectfully submits this list of exhibits to be offered at trial:

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Invoice: Invoice Number 0800028873 |
| B | Invoice: Invoice Number 0800040603 |
| C | Invoice: Invoice Number 0800041897 |
| D | Check Stub; Check Number 001847 |
| E | Copy of Check Number 1847 |
| F | Invoice: Invoice Number 0800047042 |
| G | Invoice: Invoice Number 0800049892 |
| H | Check Stub; Check Number 001910 |
| I | Copy of Check Number 1910 |
| J | Invoice: Invoice Number 0800058898 |
| K | Check Stub; Check Number 001941 |
| L | Copy of Check Number 1941 |
| M | Invoice: Invoice Number 0800055966 |
| N | Invoice: Invoice Number 0800064096 |
| O | Invoice: Invoice Number 0800067037 |

| P | Check Stub; Check Number 001968 |
|---|---|
| Q | Copy of Check Number 1968 |
| R | Spreadsheet (Excel) prepared by Michelle Scarpa after copying and pasting the information from the vendor inquiry screen of Solomon software. |
| S | Report of Richard P. Finkel, Blum Shapiro, with Exhibits 1-4 and Appendices A-C. |

The Court will be asked to take judicial notice of pleadings of record in this bankruptcy case, to include: the Debtor's Petition; the Debtor's Bankruptcy Schedules; the Debtor's Statement of Financial Affairs; the Claims Register; and Proofs of Claim filed. If these pleadings are offered and marked as exhibits, they will be marked in sequence. Exhibits to Mr. Finkel's Report, particularly photocopies of checks, may be offered separately and if so will be marked as Exhibits in sequence.

FOR THE PLAINTIFF,
Thomas C. Boscarino, Trustee

By: _____/s/ John H. Grasso_____
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20593(ASD) |
| **MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02021 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **November 4, 2010** |
| **ALL AMERICAN WASTE, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |

## CERTIFICATION OF SERVICE

    I hereby certify that on November 4, 2010 a copy of the foregoing Plaintiff's List of Exhibits was served by mail to following.  A copy of the Exhibits was also served by mail upon Defendant's counsel.

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Eric A. Henzy
Reid and Reige, P.C.
One State Street
Hartford, Ct 06103-3185

   /s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com