# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20593(ASD) |
| **MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02021 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | November 4, 2010 |
| **ALL AMERICAN WASTE, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |

## STATEMENT OF EXPERT

The Plaintiff Trustee hereby respectfully submits a detailed, signed statement of expert witness Richard P. Finkel of Blum Shapiro, which is attached hereto and incorporated by reference.

FOR THE PLAINTIFF,
Thomas C. Boscarino, Trustee

By: _____/s/ John H. Grasso_____
     John H. Grasso ct03651
     Boscarino, Grasso & Twachtman, LLP
     628 Hebron Ave., Bldg 2, Suite 301
     Glastonbury, CT 06033
     Tel. (860) 659-5657
     Fax (860) 657-4549

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20593(ASD) |
| MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC | ) | CHAPTER 7 |
| ----------------------------------- | ) | ADV. PRO. NO.  10-02021 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
| Plaintiff, | ) | |
| v. | ) | November 4, 2010 |
| ALL AMERICAN WASTE, LLC | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on November 4, 2010 a copy of the foregoing Plaintiff's Statement of Expert was served by mail to following:

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Eric A. Henzy
Reid and Reige, P.C.
One State Street
Hartford, Ct 06103-3185

/s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com

*Marathon Healthcare Center of New Haven, LLC*
*Thomas S. Boscarino, Trustee*
*v.*
*All American Waste, LLC*
*Adv. Pro. No. 10-02021*

*Expert Report of*
*Richard P. Finkel, CPA, CFE, CIRA, CFF*
*October 8, 2010*

*Marathon Healthcare Center of New Haven, LLC*
*Thomas S. Boscarino, Trustee*
*v.*
*All American Waste, LLC*
*Adv. Pro. No. 10-02021*

*Expert Report of*
*Richard P. Finkel, CPA, CFE, CIRA, CFF*
*October 8, 2010*

Marathon Healthcare Center of New Haven, LLC (the "Debtor") filed a Petition for Relief under Chapter 11 in the United States Bankruptcy code in the United States Bankruptcy Court for the District of Connecticut on April 3, 2008. Blum Shapiro & Co., P.C. ("BlumShapiro") was engaged as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors in this case. The Case was converted to Chapter 7 on January 8, 2009 and Thomas C. Boscarino ("Trustee") was appointed as Trustee of the Estate. BlumShapiro was engaged by the Trustee as Accountants. Richard P. Finkel, CPA, CFE, CIRA, CFF, a Partner of BlumShapiro, is in charge of this engagement.

BlumShapiro was asked by the Trustee to examine the books and records of the Debtor and to assist the Trustee in identifying potential preferential payments made by the Debtor. BlumShapiro identified four such payments made to All American Waste, LLC, ("AAW") totaling $13,849.00, during the period January 4, 2008 through April 2, 2008 (the "preference period"). A detailed analysis of these payments is attached as Exhibit 1. It is my opinion that the amounts listed on Exhibit 1 represents payments made to AAW within ninety days of the filing of the Chapter 11 petition. In reaching this conclusion I relied upon both electronic and paper records obtained from the Debtor.

Exhibit 1 provides detail of the payments made to AAW during the preference period. The information for this exhibit was abstracted from the Debtor's books and records, which appeared to have been kept in the ordinary course of business. The Debtor utilized Solomon Software for its accounting applications. BlumShapiro electronically downloaded cash disbursement information for 2007 and 2008 from the Debtor's computer system and examined all disbursements made to AAW during those years. Exhibit 2 to this report is a printout of the

Debtor's record of payments made to AAW in 2007 and 2008. Exhibit 3 includes copies of cancelled checks for the payments referred to in Exhibit 1. These copies were obtained from the Debtor's monthly bank statements. Exhibit 4 provides copies of invoices issued by AAW to the Debtor, for which payment was made during the preference period.

## Qualifications

I am a partner in the Accounting and Consulting firm of Blum Shapiro & Co., P.C. located in West Hartford. I am a Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor and Certified in Financial Forensics. A copy of my curriculum vitae is attached as Appendix A. Appendix B of this report sets forth my deposition and trial testimony history within the preceding four years and Appendix C sets forth articles which I have authored or co-authored within the preceding ten years.

## Other Matters

Rate of Compensation – I am being compensated in this matter at my standard rate of $370 per hour, plus reimbursement of any direct expenses incurred, subject to approval of the Bankruptcy Court.

Conflicts – To the best of my knowledge and belief, neither I nor any Partner or employee of BlumShapiro have any professional, business, personal dealings or relationships with the Debtor in this case prior to our engagement in this matter. BlumShapiro has no known connections with the Debtor and does not hold or represent an interest adverse to the Estate and is a disinterested person under 11USC §101(14).

Right to amend this Report – I reserve the right to amend this report if additional information comes to my attention or is presented to me that might further support or otherwise change any opinions expressed herein.

October 8, 2010

Richard P. Finkel, CPA, CFE, CIRA, CFF

# EXHIBIT 1

# EXHIBIT 1

Marathon Healthcare Center of New Haven, LLC
Potential Preference Payments - All American Waste, LLC
Preference Period:   January 4, 2008-April 2, 2008

| Payee | Check # | Check Amount | Check Date | Clear Date | Invoice # | Invoice Date | Invoice Amount | Actual Payment | Potential Preference Payment |
|---|---|---|---|---|---|---|---|---|---|
| ALL AMERICAN WASTE, LLC | 001847 | $ 5,590.37 | 2/22/2008 | 2/27/2008 | 0800028873 | 6/1/2007 | $ 3,159.91 | $ 3,159.91 | $ 3,159.91 |
| | | | | | 0800040603 | 8/1/2007 | 405.88 | 405.88 | 405.88 |
| | | | | | 0800041897 | 8/1/2007 | 2,024.58 | 2,024.58 | 2,024.58 |
| ALL AMERICAN WASTE, LLC | 001910 | 2,407.67 | 3/6/2008 | 3/11/2008 | 0800047042 | 9/1/2007 | 406.42 | 406.42 | 406.42 |
| | | | | | 0800049892 | 9/1/2007 | 2,001.25 | 2,001.25 | 2,001.25 |
| ALL AMERICAN WASTE, LLC | 001941 | 2,079.50 | 3/14/2008 | 3/18/2008 | 0800058898 | 10/1/2007 | 2,079.50 | 2,079.50 | 2,079.50 |
| ALL AMERICAN WASTE, LLC | 001968 | 3,771.46 | 3/19/2008 | 3/24/2008 | 0800055966 | 10/1/2007 | 409.50 | 409.50 | 409.50 |
| | | | | | 0800064096 | 11/1/2007 | 409.50 | 409.50 | 409.50 |
| | | | | | 0800067037 | 11/1/2007 | 2,952.46 | 2,952.46 | 2,952.46 |
| | | $ 13,849.00 | | | | | $ 13,849.00 | $ 13,849.00 | $ 13,849.00 |

# EXHIBIT 2

| CkNo | CkType | CkDate | Vendor_ID | Vendor_Name | RefNo | DocTy | InvNo | InvDate | Amt. |
|------|--------|--------|-----------|-------------|-------|-------|-------|---------|------|
| 001322 | CK | 6/13/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 021252 | VO | 0800011843 | 5/1/2007 | 393.71 |
| 001322 | CK | 6/13/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 021546 | VO | 0800017206 | 5/1/2007 | 2,157.54 |
| 001385 | CK | 8/17/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 021642 | VO | 0800012340 | 5/1/2007 | 78.58 |
| 001385 | CK | 8/17/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 021643 | VO | 0800017948 | 5/1/2007 | 721.80 |
| 001714 | CK | 12/15/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 021862 | VO | 0800023491 | 6/1/2007 | 393.71 |
| 001714 | CK | 12/15/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 023487 | VO | 0800031898 | 7/1/2007 | 405.88 |
| 001714 | CK | 12/15/2007 | ALLWAS | ALL AMERICAN WASTE, LLC | 023713 | VO | 0800036848 | 7/1/2007 | 2,050.46 |
| 001847 | CK | 2/22/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 023952 | VO | 0800028873 | 6/1/2007 | 3,159.91 |
| 001847 | CK | 2/22/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 024254 | VO | 0800040803 | 8/1/2007 | 405.88 |
| 001847 | CK | 2/22/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 024694 | VO | 0800041897 | 8/1/2007 | 2,024.58 |
| 001910 | CK | 3/6/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 025164 | VO | 0800047042 | 9/1/2007 | 406.42 |
| 001910 | CK | 3/6/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 025995 | VO | 0800049892 | 9/1/2007 | 2,001.25 |
| 001941 | CK | 3/14/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 025680 | VO | 0800056898 | 10/1/2007 | 2,079.50 |
| 001968 | CK | 3/19/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 026550 | VO | 0800055596 | 10/1/2007 | 409.50 |
| 001968 | CK | 3/19/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 027952 | VO | 0800064096 | 11/1/2007 | 409.50 |
| 001968 | CK | 3/19/2008 | ALLWAS | ALL AMERICAN WASTE, LLC | 028117 | VO | 0800067037 | 11/1/2007 | 2,952.46 |

# EXHIBIT 3



MARATHON HEALTHCARE CENTER
OF NEW HAVEN
OPERATING ACCOUNT
60 EAST RIVER DRIVE
EAST HARTFORD, CT 05108

WEBSTER BANK
WATERBURY, CT 0XXX
51-20102111

DATE
2/22/2008

CHECK NO. 1847

001847

CHECK AMOUNT
$******5,590.37

PAY EXACTLY          DOLLARS AND          CENTS

Five Thousand Five Hundred Ninety and 37/100----------------------------------Dollars

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT  06088

PAY
TO THE
ORDER
OF

AUTHORIZED SIGNATURE

⑈001847⑈ ⑆21117010110⑆ 0010059968⑈

Paid 02/27/08 Check # 1847 $5,590.37



**Paid 03/11/08 Check # 1910 $2,407.67**



MARATHON HEALTHCARE CENTER
OF NEW HAVEN
OPERATING ACCOUNT
99 EAST RIVER DRIVE
EAST HARTFORD, CT 06108

WEBSTER BANK
WATERBURY, CT 06702
51-7010/2111

DATE
3/14/2008

CHECK NO. 1941

001941

CHECK AMOUNT
*******2,079.50

PAY EXACTLY          DOLLARS AND          CENTS

Two Thousand Seventy-Nine and 50/100--------------------------------- Dollars

PAY
TO THE
ORDER
OF

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT  06088

AUTHORIZED SIGNATURE

Paid 03/18/08 Check # 1941 $2,079.50



Paid 03/24/08 Check # 1968 $3,771.46

# EXHIBIT 4

**MARATHON HEALTHCARE CENTER OF NEW HAVEN**

1847

| Vendor | ALLWAS | | Check Date | 2/22/2008 | Check Number | .001847 | |
|--------|--------|--|------------|-----------|--------------|---------|--|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | | Net Check Amt |
| 023952 | 0800028873 | 6/1/2007 | 3,159.91 | 3,159.91 | 0.00 | | |
| 024254 | 0800040603 | 8/1/2007 | 405.88 | 405.88 | 0.00 | | |
| 024694 | 0800041897 | 8/1/2007 | 2,024.58 | 2,024.58 | 0.00 | | 5,590.37 |



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020231 | 0800028873 |
| INVOICE DATE | INVOICE AMOUNT |
| 06/01/07 | 3,159.91 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | 0001 - MARATHON HEALTH OF NEW HAVEN - 181 CLIFTON ST, NEW HAVEN, CT 06513-3319 | | |
| | 05/01/07 | | MONTHLY SERVICES | | 173.30 |
| | 05/02/07 | 0000619101 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 05/02/07 | 0000619101 | DUMP FEE | | 627.75 |
| | 05/16/07 | 0000779605 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 05/16/07 | 0000779605 | DUMP FEE | | 591.00 |
| | 05/30/07 | 0000822446 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 05/30/07 | 0000822446 | DUMP FEE | | 651.00 |

RECEIVED
JUN 19 2007
By

| | FUEL SURCHARGES | 326.50 |
|---|---|---|
| | TAXES | 178.84 |
| | TOTAL CHARGES THIS INVOICE | 3,159.91 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020231 | 06/01/07 | 0800028873 | | 3,159.91 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

## TERMS: PAYABLE UPON RECEIPT

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020230 | 0800040603 |
| INVOICE DATE | INVOICE AMOUNT |
| 08/01/07 | 405.88 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

SERVICE ADDRESS:
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE: _____

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 0001 - MARATHON HEALTH OF NEW HAVEN - 181 CLIFTON ST, NEW HAVEN, CT 06513-3319 | | | |
| | 08/01/07 | | 6YD CARDBOARD SERVICE | | 340.67 |
| | | | FUEL SURCHARGES | | 42.24 |
| | | | TAXES | | 22.97 |
| | | | TOTAL CHARGES THIS INVOICE | | 405.88 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020230 | 08/01/07 | 0800040603 | | 405.88 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

## TERMS: PAYABLE UPON RECEIPT
• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020231 | 0800041897 |
| INVOICE DATE | INVOICE AMOUNT |
| 08/01/07 | 2,024.58 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**

MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
(CLIFTON HOUSE REHAB)
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | 0001 - MARATHON HEALTH OF NEW HAVEN - 181 CLIFTON ST, (CLIFTON HOUSE REHAB), NEW HAVEN, CT 06513-3319 | | |
| | 07/01/07 | | 30YD COMPACTOR | | 0.00 |
| | 07/01/07 | | RENT CHARGE - MONTHLY | | 173.30 |
| | 07/11/07 | 0000859444 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 07/11/07 | 0000859444 | DUMP FEE | | 558.00 |
| | 07/25/07 | 0000864815 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 07/25/07 | 0000864815 | DUMP FEE | | 556.50 |

AUG 1 0 2007
Recwed 8/20/07 at New Haven

8/21/07

| | FUEL SURCHARGES | 214.49 |
|---|---|---|
| | TAXES | 114.61 |
| | TOTAL CHARGES THIS INVOICE | 2,024.58 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020231 | 08/01/07 | 0800041897 | | 2,024.58 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

**TERMS: PAYABLE UPON RECEIPT**

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)

1910

**MARATHON HEALTHCARE CENTER OF NEW HAVEN**

| Vendor | ALLWAS | | Check Date | 3/6/2008 | Check Number | 001910 | |
|--------|--------|--|------------|----------|--------------|--------|--|

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|
| 025164 | 0800047042 | 9/1/2007 | 406.42 | 406.42 | 0.00 | |
| 025995 | 0800049892 | 9/1/2007 | 2,001.25 | 2,001.25 | 0.00 | 2,407.67 |



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020230 | 0800047042 |
| INVOICE DATE | INVOICE AMOUNT |
| 09/01/07 | 406.42 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE: _____

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 0001 - MARATHON HEALTH OF NEW HAVEN - 181 CLIFTON ST, NEW HAVEN, CT 06513-3319 | | | |
| | 09/01/07 | 6YD CARDBOARD SERVICE | | | 340.67 |
| | | | FUEL SURCHARGES | | 42.75 |
| | | | TAXES | | 23.00 |
| | | | TOTAL CHARGES THIS INVOICE | | 406.42 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020230 | 09/01/07 | 0800047042 | | 406.42 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

## TERMS: PAYABLE UPON RECEIPT

* PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

* 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020231 | 0800049892 |
| **INVOICE DATE** | **INVOICE AMOUNT** |
| 09/01/07 | 2,001.25 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

### SERVICE ADDRESS:
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
(CLIFTON HOUSE REHAB)
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:  2,001.25

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS.NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | **0001 - MARATHON HEALTH OF NEW HAVEN - 181 CLIFTON ST, (CLIFTON HOUSE REHAB), NEW HAVEN, CT 06513-3319** | | |
| | 08/01/07 | | 30YD COMPACTOR | | 0.00 |
| | 08/01/07 | | RENT CHARGE - MONTHLY | | 173.30 |
| | 08/08/07 | 0000871971 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 08/08/07 | 0000871971 | DUMP FEE | | 554.25 |
| | 08/22/07 | 0000879249 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 08/22/07 | 0000879249 | DUMP FEE | | 540.00 |

RECEIVED
SEP 11 2007

| | | | FUEL SURCHARGES | | 212.76 |
| | | | TAXES | | 113.26 |
| | | | TOTAL CHARGES THIS INVOICE | | 2,001.25 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020231 | 09/01/07 | 0800049892 | | 2,001.25 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

## TERMS: PAYABLE UPON RECEIPT

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM).

**MARATHON HEALTHCARE CENTER OF NEW HAVEN**

1941

| Vendor | ALLWAS | | Check Date | 3/14/2008 | Check Number | 001941 | |
|--------|--------|--|-----------|-----------|--------------|--------|--|

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---------|----------|-----------|----------------|-------------|------------|---------------|
| 026580 | 0800058898 | 10/1/2007 | 2,079.50 | 2,079.50 | 0.00 | 2,079.50 |



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020231 | 0800058898 |

| INVOICE DATE | INVOICE AMOUNT |
|---|---|
| 10/01/07 | 2,079.50 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
(CLIFTON HOUSE REHAB)
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | 0001 - MARATHON HEALTH OF NEW HAVEN- 181 CLIFTON ST, (CLIFTON HOUSE REHAB), NEW HAVEN, CT 06513-3319 | | |
| | 09/01/07 | | 30YD COMPACTOR | | 0.00 |
| | 09/01/07 | | RENT CHARGE – MONTHLY | | 173.30 |
| | 09/05/07 | 0000886419 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 09/05/07 | 0000886419 | DUMP FEE | | 627.00 |
| | 09/19/07 | 0000893051 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 09/19/07 | 0000893051 | DUMP FEE | | 522.00 |

| | | |
|---|---|---|
| FUEL SURCHARGES | | 231.81 |
| TAXES | | 117.71 |
| TOTAL CHARGES THIS INVOICE | | 2,079.50 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020231 | 10/01/07 | 0800058898 | | 2,079.50 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

# TERMS: PAYABLE UPON RECEIPT

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)

MARATHON HEALTHCARE CENTER OF NEW HAVEN                                    1968

| Vendor | ALLWAS | | Check Date | 3/19/2008 | Check Number | 001968 | |
|--------|--------|--|------------|-----------|--------------|--------|--|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 026550 | 0800055966 | 10/1/2007 | 409.50 | 409.50 | 0.00 | |
| 027952 | 0800064096 | 11/1/2007 | 409.50 | 409.50 | 0.00 | |
| 028117 | 0800067037 | 11/1/2007 | 2,952.46 | 2,952.46 | 0.00 | 3,771.46 |



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020230 | 0800055966 |
| INVOICE DATE | INVOICE AMOUNT |
| 10/01/07 | 409.50 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 0001 - MARATHON HEALTH OF NEW HAVEN- 181 CLIFTON ST, NEW HAVEN, CT 06513-3319 | | | |
| | 10/01/07 | | 6YD CARDBOARD SERVICE | | 340.67 |
| | | | FUEL SURCHARGES | | 45.65 |
| | | | TAXES | | 23.18 |
| | | | TOTAL CHARGES THIS INVOICE | | 409.50 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020230 | 10/01/07 | 0800055966 | | 409.50 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

**TERMS: PAYABLE UPON RECEIPT**

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020230 | 0800064096 |
| INVOICE DATE | INVOICE AMOUNT |
| 11/01/07 | 409.50 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 0001 - MARATHON HEALTH OF NEW HAVEN- 181 CLIFTON ST, NEW HAVEN, CT 06513-3319 | | | |
| | 11/01/07 | | 6YD CARDBOARD SERVICE | | 340.67 |



| | | | FUEL SURCHARGES | | 45.65 |
|---|---|---|---|---|---|
| | | | TAXES | | 23.18 |
| | | | TOTAL CHARGES THIS INVOICE | | 409.50 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020230 | 11/01/07 | 0800064096 | | 409.50 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

## TERMS: PAYABLE UPON RECEIPT

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)



**ALL AMERICAN WASTE, LLC**
P.O. BOX 630
EAST WINDSOR, CT 06088
Phone: (800) 826-7952
Fax: (860) 741-3934

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 020231 | 0800067037 |
| INVOICE DATE | INVOICE AMOUNT |
| 11/01/07 | 2,952.46 |

# INVOICE

MARATHON HEALTH OF NEW HAVEN
95 E RIVER DR
EAST HARTFORD, CT 06108-3291

**SERVICE ADDRESS:**
MARATHON HEALTH OF NEW HAVEN
181 CLIFTON ST
(CLIFTON HOUSE REHAB)
NEW HAVEN, CT 06513-3319

AMOUNT OF
REMITTANCE:

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. BE SURE TO WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| QTY | DATE | TRANS. NO | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | 0001 - MARATHON HEALTH OF NEW HAVEN- 181 CLIFTON ST, (CLIFTON HOUSE REHAB), NEW HAVEN, CT 06513-3319 | | |
| | 10/01/07 | | 30YD COMPACTOR | | 0.00 |
| | 10/01/07 | | RENT CHARGE - MONTHLY | | 173.30 |
| | 10/03/07 | 0000899584 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 10/03/07 | 0000899584 | DUMP FEE | | 522.75 |
| | 10/17/07 | 0000906527 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 10/17/07 | 0000906527 | DUMP FEE | | 552.75 |
| | 10/31/07 | 0000913139 | HAUL CHARGE - 30YD COMPACTOR | | 203.84 |
| | 10/31/07 | 0000913139 | DUMP FEE | | 567.00 |

|  |  |
|---|---|
| FUEL SURCHARGES | 358.04 |
| TAXES | 167.10 |
| TOTAL CHARGES THIS INVOICE | 2,952.46 |

| ACCOUNT NUMBER | INVOICE DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 020231 | 11/01/07 | 0800067037 | | 2,952.46 |

ALL AMERICAN WASTE, LLC
P.O. BOX 630
EAST WINDSOR, CT 06088

## TERMS: PAYABLE UPON RECEIPT

• PLEASE DEDUCT ANY DEPOSITS THAT YOU HAVE MADE
  FROM THE INVOICE AMOUNT.

• 1 1/2% LATE CHARGE DUE ON BALANCES OUTSTANDING MORE
  THAN 30 DAYS FROM DATE OF INVOICE (18% PER ANNUM.)

# APPENDIX A

# Richard P. Finkel, CPA, CFE, CIRA, CFF

**GENERAL EXPERIENCE HIGHLIGHTS:**

Richard P. Finkel is a partner in the Litigation Services and Business Valuation Group of Blum Shapiro & Company, P.C. Blum Shapiro is one of the largest regional accounting and business consulting firms in New England, with offices in West Hartford, Shelton, and Southport Connecticut and in New York City.

Mr. Finkel has extensive training and experience in Forensic Accounting, Bankruptcy and Litigation Support Services. As a forensic accountant, he specializes in the area of fraud investigation and bankruptcy. He has been engaged as a consultant and/or testifying expert in complex fraud investigations and has assisted counsel in identifying fraudulent transactions and locating misappropriated assets. Mr. Finkel is a frequent speaker on forensic accounting and bankruptcy issues and has authored several articles on fraud, bankruptcy and other litigation support subjects. He also teaches forensic accounting as a member of the adjunct faculty at Central Connecticut State University.

Mr. Finkel has been appointed as Financial Advisor to the Official Committee of Unsecured Creditors in over twenty-five cases and is currently serving as Financial Advisor to several active committees. Mr. Finkel has been appointed as Accountant to Chapter 7 Bankruptcy Trustees in over six hundred and fifty cases. He has served as Accountant to Chapter 11 Bankruptcy Trustees and Debtors in Possession. He was appointed as Chapter 11 Bankruptcy Trustee in a case involving the misappropriation of over $16 million dollars of payroll trust funds and has also served as an Examiner.

**PROFESSIONAL EDUCATION AND FIRM HISTORY:**

Mr. Finkel received his Bachelor of Science in 1973 and a Master of Business Administration in 1976 from the University of Connecticut. He was licensed as a Certified Public Accountant in 1979 and joined Blum Shapiro in 1993. Mr. Finkel was designated a Certified Fraud Examiner in 1994, a Certified Insolvency & Restructuring Advisor in 1995 and was Certified in Financial Forensics by the American Institute of Certified Public Accountants in 2008.

**PROFESSIONAL ORGANIZATIONS AND ACTIVITIES:**

- Association of Certified Fraud Examiners (ACFE)
- Association of Insolvency and Restructuring Advisors (AIRA)
  - Co-Chairman Liaison with the U.S. Trustee Committee
- American Bankruptcy Institute (ABI)
- The National Association of Bankruptcy Trustees (NABT)
- Commercial Law Leagne of America (CLLA)
- Turnaround Management Association (TMA)
  - Past Member of the Board of Directors, Connecticut Chapter, TMA
- American Institute of Certified Public Accountants (AICPA)
- Connecticut Society of Certified Public Accountants (CSCPA)
  - Past Chair of CSCPA Liaison with the Bar Committee

# APPENDIX B

Richard P. Finkel, CPA, CFE, CIRA, CFF
Testimony and Deposition History
Preceeding Four Years

| Case Name | Case No. | Date | Testimony |
|-----------|----------|------|-----------|
| John J. O'Neil, Trustee v New England Road, Inc | 97-02012 Hartford, CT | 5/19/2010 | Expert Witness |
| Von Kohorn v. Von Kohorn | FA09-4027456S Bridgeport, CT | 5/18/2010 | Expert Witness |
| Von Kohorn v. Von Kohorn | FA09-4027456S Westport, CT | 4/26/2010 | Deposition |
| Emergent Biosolutions, Inc. v. Protein Sciences Corporation | 09-12151 Wilmington, DE | 8/28/2009 | Expert Witness |
| Emergent Biosolutions, Inc. v. Protein Sciences Corporation | 09-12151 Hartford, CT | 7/27/2009 | Deposition |
| Coastline Motorsports, LLC v. Paul Quartuccio | CV-08-5004053-S Middletown, CT | 5/11/2009 | Expert Witness |
| Hoffman Enterprises, L.P. v. Carpenter Construction Co. | CV-08-50169765 West Hartford, CT | 11/18/2008 | Deposition |
| The Standard Beef Company v. The Bank Southern Connecticut and West-Conn Meats Company, Inc | 08-30377W New Haven, CT | 4/9/2008 | Expert Witness |
| Rena Sobol Ackerman v. Sbol Family Partnership et al. | CV-03-0826123-S Waterbury, CT | 1/9/2008 | Expert Witness |
| Rena Sobol Ackerman v. Sbol Family Partnership et al. | CV-03-0826123-S Waterbury, CT | 12/2/2007 | Deposition |
| Cendant Corporation v. E. Kirk Shelton, Amy M. Shelton and Robin D. Jackson, Trustee of The Shelton Children Irrevocable Trust | 3:06 CV-0854 Hartford, CT | 11/30/2007 | Expert Witness |
| Cendant Corporation v. E. Kirk Shelton, Amy M. Shelton and Robin D. Jackson, Trustee of The Shelton Children Irrevocable Trust | 3:06 CV-0854 Hartford, CT | 10/19/2007 | Deposition |
| John J. O'Neil, Trustee v. Neri Bros., Inc. | 95-20169 Hartford, CT | 10/3/2007 | Deposition |
| Connecticut Podiatric Mediacal Association, J.F. Yale, D.P.M., A.R. Iorio, D.P.M., R.D. Davis, D.P.M. v. Health Net of CT, Inc. | XO1-CV-05-4005900-S Hartford, CT | 6/29/2007 | Deposition |

**Richard P. Finkel, CPA, CFE, CIRA, CFF**
**Testimony and Deposition History**
**Preceeding Four Years**

| Case Name | Case No. | Date | Testimony |
|---|---|---|---|
| Resource Services, LLC v.<br>Sikorsky Aircraft Corporation | Arbitration<br>Hartford, CT | 7/19/2006 | Expert Witness |
| Resource Services, LLC v.<br>Sikorsky Aircraft Corporation | Arbitration<br>Plainville, CT | 7/12/2006 | Deposition |
| Resource Services, LLC v.<br>Sikorsky Aircraft Corporation | Arbitration<br>West Hartford, CT | 4/28/2006 | Deposition |

# APPENDIX C

**Richard P. Finkel, CPA, CFE, CIRA**
**Publications Authored or Co-Authored**
**Within the Preceding Ten Years**

---

*"Holding Bank Accounts Hostage"*
The Connecticut Law Tribune, Vol. 36, No. 8
February 22, 2010


*"Shell Games Affect Creditors"*
The Connecticut Law Tribune, Vol. 35, No. 39
September 28, 2009


*"Occupational Fraud a Genuine Risk to Your Business"*
Hartford Business Journal
Vol. 17, Number 47, September 14, 2009


*"Ten Signals of Occupational Fraud"*
Connecticut Turnaround Management Association Newsletter
Vol. 1, Issue 2, November 2008


*"Cracking Down on the Bleed Out"*
The Connecticut Law Tribune, Vol. 34, No. 38
September 22, 2008


*"Digital Detectives and Computer Forensics: The Brave New World of eDiscovery"*
Connecticut CPA, Vol. 47, Issue 4
July/August 2006


*"Computer Forensics: Putting Together the Puzzle"*
The Connecticut Law Tribune, Vol. 28, No. 46
November 18, 2002


*"Bankruptcy Trustee's Guide to Income Tax Return Filing Requirements"*
Third Edition, October 2002


*"Determining Insolvency in Preference and Fraudulent Conveyance Actions"*
American Bankruptcy Institute Journal, Vol. XX, No. 9
November 2001