**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20593(ASD) |
| MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02021 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
| Plaintiff, | ) | |
| v. | ) | November 4, 2010 |
| ALL AMERICAN WASTE, LLC | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S LIST OF WITNESSES**

The Plaintiff Trustee expects to call the following witnesses at trial:

1. The Trustee, Thomas C. Boscarino:

The Trustee, Thomas C. Boscarino is expected to provide general case information, to include reference to filings and pleadings of record in the case; his knowledge of the financial affairs of the debtor and the estate; and his investigation of payments by the debtor which are apparently preferences; his access to business records of the debtor; and the employment of Blum, Shapiro, a professional and Michelle Scarpa, a nonprofessional.

2. Michelle Scarpa, employee of Marathon Healthcare Receivership, 99 East River Drive, East Hartford, CT 06108, and employed by the Trustee, Thomas C. Boscarino.

Ms. Scarpa handled the debtor's accounts payable and will testify from personal knowledge to business practices and business records. She will testify that business records of the debtor reflect four (4) payments made to the Defendant within 90 days of the petition date, April 3, 2008, on account of antecedent debt which sum to $13,849.00.

3. Richard Finkel
   Blum Shapiro
   29 South Main Street
   West Hartford, CT 06127

Mr. Finkel will testify to the results of his examination of records of the debtor for the purpose of identifying apparent preference payments, and his conclusion that such records appear to have been maintained in the ordinary course of business and that there were four (4) such payments made to the Defendant on account of antecedent debt summing to $13,849.00.

                                              FOR THE PLAINTIFF,
                                              Thomas C. Boscarino, Trustee

By:      /s/ John H. Grasso
           John H. Grasso ct03651
           Boscarino, Grasso & Twachtman, LLP
           628 Hebron Ave., Bldg 2, Suite 301
           Glastonbury, CT 06033
           Tel. (860) 659-5657
           Fax (860) 657-4549

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20593(ASD) |
| **MARATHON HEALTHCARE CENTER OF NEW HAVEN, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02021 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **November 4, 2010** |
| **ALL AMERICAN WASTE, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |

### CERTIFICATION OF SERVICE

    I hereby certify that on November 4, 2010 a copy of the foregoing Plaintiff's List of Witnesses was served by mail to following:

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Eric A. Henzy
Reid and Reige, P.C.
One State Street
Hartford, Ct 06103-3185

                                                                      /s/John H. Grasso
                                                                      John H. Grasso ct03651
                                                                       Boscarino, Grasso & Twachtman, LLP
                                                                       628 Hebron Ave., Bldg 2, Suite 301
                                                                       Glastonbury, CT 06033
                                                                       Tel. (860) 659-5657
                                                                       Fax (860) 657-4549
                                                                       jgrasso@bgtlaw.com